## DECLARATION

I, Ketan Jobanputra, declare:

1. I am employed by SSI Venture, LLC ("SSI") as the Executive Vice President and Chief Operating Officer. I have held this position since 2010.

2. SSI is a Colorado limited liability company. Mountain Sports Outlet is a trade name of SSI. SSI operates two Mountain Sports Outlet stores in Colorado. One in Glenwood Springs and the other in Silverthorne, Colorado.

3. SSI operates other ski and sport shops in Colorado, Nevada, Utah and California. SSI sells and rents skis and other sports equipment and apparel from its shops at the retail level.

4. SSI is not licensed or registered to do business in Illinois.

5. SSI does not operate any ski or sports shops, or any other businesses in Illinois.

6. SSI does not sell merchandise in Illinois.

7. SSI does not have any employees, property, or bank accounts in Illinois.

I declare under the penalty of perjury the foregoing is true and correct.

Executed on the 23rd day of February 2012, Broomfield Colorado.

# CERTIFICATE OF SERVICE

The undersigned certifies that the **Declaration of Ketan Jobanputra** was filed electronically this 23rd day of February, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by U.S. Mail (only where indicated below). Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Gary William Klages | Brian W. Bell |
| Law Office of Daniel Goodman, LLC | Mario M. Iveljic |
| 9701 West Higgins Road, Suite 601 | Swanson, Martin & Bell, LLP |
| Rosemont, IL 60018 | 330 North Wabash, Suite 3300 |
| Gary@danielgoodmanlaw.com | Chicago, IL 60611 |
| | bbell@smbtrials.com |
| | miveljic@smbtrials.com |

s/ Scott L. Anderson
Scott L. Anderson (IL Bar No. 6269332)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 346-1973
Fax: (312) 346-8242
E-Mail: sanderson@pretzel-stouffer.com
*Attorneys for Defendant - Mountain Sports Outlet, Inc.*